

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2019

No. 04-19-00488-CV

Robert **DUNLAP,**
Appellant

v.

Charles **TROIS,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00955
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

The trial court signed a final judgment on June 13, 2019. Because appellant did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due on or before July 15, 2019. *See* TEX. R. APP. P. 26.1(a); *see also* TEX. CIV. PRO. R. 4 (extending the due date to Monday since the original due date was Saturday). A motion for extension of time to file the notice of appeal was due on July 29, 2019. *See* TEX. R. APP. P. 26.3; *see also* TEX. CIV. PRO. R. 4. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, he did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore **ORDERED** that appellant file, **within fifteen days from the date of this order**, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of this court.

_____
Beth Watkins, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court